UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 06 B 13446
    DANIEL JOSEPH MILLER
    BARBARA MARIE MILLER                    CHAPTER 13

                                            JUDGE: MANUEL BARBOSA

            Debtor
    SSN XXX-XX-3255     SSN XXX-XX-3375
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 10/19/06 and confirmed on 12/22/06.

   2. The case was dismissed after confirmation, 09/18/2008.

   3. The Debtor paid a total of $ 22965.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | 16652.96 | .00 | 16652.96 |
| GMAC RESCAP LLC | MORTGAGE ARRE | .00 | .00 | .00 |
| CARMAX AUTO FINANCE | SECURED VEHIC | 8500.00 | 1083.21 | 2643.14 |
| GMAC PAYMENT CENTER | SECURED VEHIC | .00 | .00 | .00 |
| ACB RECEIVABLES MANAGEME | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY SPV II LLC | UNSECURED | 8283.10 | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 883.60 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1372.43 | .00 | .00 |
| CENTRAL POWER & LIGHT | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3905.00 | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 421.56 | .00 | .00 |
| FNANB | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 962.52 | .00 | .00 |
| NEW JERSEY NATURAL GAS | UNSECURED | 334.08 | .00 | .00 |
| MEDCLR INC | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA MERCY CENTER | UNSECURED | NOT FILED | .00 | .00 |
| SARMA COLLECTION | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SA VIT ENTERPRISES | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| UNIQUE NATIONAL COLLECTI | UNSECURED | NOT FILED | .00 | .00 |
| CARMAX AUTO FINANCE | UNSECURED | .00 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1425.54 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 678.37 | .00 | .00 |
| PETER FRANCIS GERACI | ORIGINAL ATTO | 1600.00 | .00 | 1600.00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 25152.96 | 1600.00 | 18266.20 | .00 | 45019.16 |
| PRINCIPAL PAID | 19296.10 | 1600.00 | .00 | .00 | 20896.10 |
| INTEREST PAID | 1083.21 | .00 | .00 | .00 | 1083.21 |
| TOTAL PAID | 20379.31 | 1600.00 | .00 | .00 | 21979.31 |

The Debtor's attorney, C DAVID WARD            , was allowed $      .00 and was paid $     .00 .

The Trustee received $    985.69 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/16/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE